# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEVIN D. QUINTON, SR.,                                                                      PLAINTIFF
ADC #141610

v.                                        3:20CV00146-DPM-JTK

SHIELA ARMSTRONG, et al.                                                                  DEFENDANTS

## ORDER

Pursuant to the Chief Judge Marshall's July 8, 2020 Order, Plaintiff shall file a final amended Complaint against Defendants Carpenter and Wood within thirty days of the date of this Order. Plaintiff's amended Complaint shall: **1) name all the parties he believes deprived him of his constitutional rights and whom he wishes to sue in this action; 2) provide specific facts against each named Defendant in a simple, concise, and direct manner; 3) indicate whether he is suing each Defendant in his/her individual or official capacity, or in both capacities; and 4) state how he was harmed. Plaintiff must set forth specific facts concerning the allegations he has set forth including, where applicable, dates, times and places. Plaintiff also shall clarify Dr. Carpenter's place of employment and the details surrounding Plaintiff's treatment by him, including dates, times and places.**

IT IS SO ORDERED this 14th day of July, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE