IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN D. QUINTON, SR.                                              PLAINTIFF

v.                        No. 3:20-cv-146-DPM

SHIELA ARMSTRONG, Grievance
Coordinator, Grimes Unit;
TOMMY ALLEN,
Director of Nursing, Grimes Unit;
ARIC SIMMONS,
Nurse Practitioner, Grimes Unit;
CARPENTER, Doctor;
and WOOD, Nurse                                                    DEFENDANTS

## JUDGMENT

Quinton's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2021